ACCEPTED
03-15-00064-CV
7371620
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 1:22:21 PM
JEFFREY D. KYLE
CLERK

# TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN LLP

ATTORNEYS AT LAW
100 CONGRESS AVENUE, 18TH FLOOR
AUSTIN, TEXAS 78701
TELEPHONE (512) 472-5997
FAX (512) 472-5248

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/14/2015 1:22:21 PM

JEFFREY D. KYLE
Clerk

October 14, 2015

**VIA E-FILE**
Mr. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas  78711
Attention:  Ms. Liz Talerico, Deputy Clerk

Re:     Court of Appeals Number:  03-15-00064-CV
        *Elite Auto Body LLC v. Autocraft Body Works, Inc.*

Dear Ms. Talerico:

Pursuant to your letter dated October 8, 2015, please allow this letter serve as notice to the Court that Shannon King will be presenting the oral argument on behalf of Appellants in the referenced matter.

Sincerely,

/s/ Rick Harrison
Rick Harrison

RH/sh
cc:  Mr. James G. Ruiz          (via email)